# March Term

V Geo. Ter. in Sup. Cur. &c.

---

Prefent:

The Honourable Ch. Juft., Lynde, & Cufhing.

---

1765.

**CHARGE TO THE GRAND JURY.**

The Charge to the Grand Jury by Ch. Juftice.

TO relieve the Oppreffed, to guard the Inno-cent, to preferve the Order of Society, and the Dignity of Government is a noble Principle of the Mind. This is the Duty of every Individual of the Community, but is more particularly incumbent, Gentlemen, upon you, as the Grand Inqueft for this County.

Our Bufinefs, Gentlemen, at this Time, is to diftribute Juftice, and to punifh all Crimes and Offences. It is this latter Part of our Duty that you, Gentlemen, are to affift us in; to point out and bring forward all Crimes and Offences againft the Tranquillity and Order of Society which fhall by any Means come to your Knowledge.

But before I enter upon the particular Branch of your Duty, I fhall obferve, that it is a very common

mon Thing in England to prefent Offences, when there is no Offender known, for wherever there is the one, there is always the other.   Whenever there are any notorious Offences, as I obferved before, in England, they always prefent them.  I remember in particular (if it may be called an Offence) that at Middlefex, the Jury prefented, that there was unneceffary Multiplication of licenfed Houfes, which tended greatly to the Deftruction of the Health and Morals of the People.  I do not mention this as the Cafe here, but only by Way of Example, to fhow, that wherever you find any notable Things done that are detrimental, or any Things neglected which ought efpecially to be done that are beneficial to Society, you have, Gentlemen, a difcretionary Power to prefent them.

I would have you, Gentlemen, to enquire into the State of our Goal, for it has been reprefented, and I believe it but too true, that it is a moft fhocking, loathfome Place.  For my own Part, when I have been obliged by the Nature of my Office to commit any of my Fellow Creatures, I could not help feeling for them, when I thought where I was fending them — a dark, damp, and peftilential Room — to fuch a Place to fend our Fellow Creatures muft caufe the moft tender and exquifite Senfations to Men of the leaft Senfibility or Humanity. I do not think there is fuch a Place for the Reception of Prifoners anywhere in the King's Dominions.  I do not fay this by Way of Reflection on the Gentlemen who have the proper Care of our Goal, nor upon the Sheriff* of this County, the

Keeper

* Mr. Greenleaf.

1765.

Charge
to the
Grand Jury.

Keeper of our Prifon, who I know to be a Man of great Tendernefs: But from whatever Caufe, Gentlemen, it arifes, whether from Negleſt or a Mifunderſtanding among the Gentlemen whofe Province it is to look after it, or any Caufe whatever, 'tis your Duty to give your particular Attention to it. I remember, Gentlemen, a Cafe in fome late Reports, of a Sheriff committing a Man to a new plaiftered, wet and unwholefome Room, by which he was put into violent Fever and died; the Sheriff on this was committed, tried and hanged. (1) Our Goal is not intended as a Punifhment, it is only to keep Offenders for Trial, or after Trial till Sentence is fulfilled. Every Man in the Eye of the Law is prefumed innocent till proved guilty. How prepofterous then, Gentlemen, is it to commit a Man to a Place, who whether innocent or not muſt run the Hazard of his Life — a Place which will bring a Man of the beſt Conſtitution in Danger of his Life; how long then will a Perfon of a weakly Conſtitution furvive? I muſt, Gentlemen, repeat it again, this demands your peculiar Attention, and the Attorney General will give any Direſtions you may want.

A Government always thinks itfelf happy when the Grand Jury can find no Offenders to prefent.

This

---

(1) *Quære*, whether the Chief Juſtice had not in his mind the cafe *Rex* v. *Huggins*, 2 Stra. 882; Ld. Raym. 1574, where the warden of the Fleet Prifon was indiſted for the murder of a prifoner by confining him in a " new-built room, the walls being damp and unwholefome." The offence was held to be murder, but the prifoner was acquitted on the ground that it was the aſt of a deputy. A feries of fimilar cafes is reported in 9 Howell's State Trials, 146–234, but neither of them refulted in a conviſtion.

This is not our Cafe. There has been a moft fcandalous and notorious Riot, not only againft Common Law, Natural Law, that is, the Law which every Man has implanted in him, but directly againft a Law of this Province; (2) nay the Offenders had Notice of the very Law, and warned againft a Violation of it; and I queftion whether there is any Law of this Province more univerfally known than this. For your Direction, Gentlemen — Riots, Routs, and unlawful Affemblies are where there are any Number not lefs than three, where they come with an Intent to commit fome unlawful Act — if they take not one Step they ought to be punifhed for this Intent; if they move forward, it is a Rout; if they commit any one Act, it is a Riot; every Man ought to ufe his utmoft Endeavour for the Suppreffion of fuch fcandalous Breaches of the Public Peace; and I am informed that the Magiftrates and others of this Town did their utmoft to prevent that Infult upon Government in this notorious Riot, but it feems all proved ineffectual — You cannot be infenfible that I have Reference to that lawlefs Mob who affembled on the 5th of laft November, (3) moft atrocioufly broke the Peace, put

every

---

(2) Anc. Chart. 595. This ftatute was for the fuppreffion of diforders caufed by " tumultuous companies carrying about with them pageants and other fhews through the ftreets and lanes of the town of Bofton." See note (3) infra.

(3) The anniverfary of the Gunpowder Plot, known as " Pope Day," had been for many years the occafion of an annual riot between the " north-enders " and " fouth-enders " in the town of Bofton. Each of thefe rival factions celebrated the day by a proceffion carrying the effigies of the Pope, the Devil and the Pretender upon a platform, under which fmall boys, by means of rods connected with the figures, caufed them to rife up and look into chamber windows as they paffed.

The

1765.

CHARGE
TO THE
GRAND JURY.

every Member of this Town in Confufion, and many in the utmoft Hazard of their Lives; and I would mention for the Benefit of all prefent, as they are a pretty large Concourfe of People, that Perfons in general do not know what a Danger they run, in mixing in fuch a Mob; if there had been any Perfon killed, every Man there would have been liable to be tried for his Life, and by a rigorous Conftruction of the Law, might have loft it: It would have lain upon every Perfon to have proved how he came there and what was his Bufinefs; and every Perfon who could have been proved to have been aiding before the Fact, encouraging and affifting after it was begun, and actually doing, or protecting and fcreening after it was committed, muft have come to his Trial, and for aught I fee muft have been convicted; for there are no Acceffories in Murder; all are Principals.

There is another Offence — you have feen it in the public Prints — of Robbery on the Highway — Money

---

The houfeholders were called upon for contributions for the celebration under the penalty of broken windows; and the two proceffions, after parading the town, met in Union Street, where they fought for the figures, which were afterwards burnt, either on Copps' Hill or the Common, according as victory remained with the north or fouth end. See Drake's Hiftory of Bofton, p. 661.

Before the next anniverfary in 1765, the general indignation occafioned by the Stamp Act had caufed a reconciliation to be effected, and both parties joined in the efcort of a " Union Pope," together with feveral additional figures reprefenting Tyranny, Oppreffion, Slavery, &c. Mafs. Gazette, Nov. 7, 1765 ; Bofton Evening Poft, Nov. 11, 1765. The defcription of this celebration which appeared in both the above papers, concludes as follows : — " This Union and one other more extenfive may be looked upon as the (perhaps the only) happy effects arifing from the S——p A——t."

Money demanded and actually taken; an Offence very heinous in its Nature, and very rare in this Country, and I hope it will be univerfally difcouraged; and I queftion whether it is univerfally known, that by a late Law of this Province, it is Death to commit a Robbery on the Highway.

Another Offence — I take Notice of it with Pleafure — that was formerly very common, but has not of late been heard of among us — I mean the Forgery and Counterfeiting our Public Bills of Credit: The Rigour of the Law, the Severity with which this Court has adjudged in feveral fignal Inftances, their full Determination to perfevere with the fame Rigour in all fimilar Cafes has happily been the Caufe of its Suppreffion.

Yet there is another Kind of Forgery, very pernicious to the Commonwealth, which will come before you; the Forgery of Notes of Hand: You perceive, Gentlemen, what Confufion fuch a Practice muft introduce, how wicked a Crime this is in its Nature, and how deftructive its Confequences; on this Head I need fay no more.

I will take up no more of your Time, Gentlemen. I will fpare you, the Court and the Audience; only obferving further that all Offences, from Murder, the higheft of all Felonies, down to fimple Felony, are fubject to your Inquiry; yet though you fhould be fatisfied that there have been a Number of thefe leffer Offences committed, as thefe come more immediately under the Cognizance of the lower Courts, you may omit taking Notice of fuch

Mifdemeanors,

1765.

CHARGE
TO THE
GRAND JURY.

Misdemeanors, unless you should think there has been any gross Neglect in the Courts of Inferiour Jurisdiction.

But before I leave you, Gentlemen, I would observe one Word more relative to your Duty. In the Petty Jury, Gentlemen, you are sensible that all must agree in the Verdict; but to every Indictment the Agreement of twelve only is sufficient. One other Point there remains, Gentlemen, for you to observe, and that is, you are to keep your own and the King's Council; this, Juries in general, disregarding their Oaths, do not, strictly enough, observe — nay, I myself have often heard that the Jury had found a Bill, long before it was published in Court. But, Gentlemen, even after that, you are not liberated from your Oaths — you are to keep the Names of the Informers, and Everything else that comes before you in your present Capacity, secret; and unless this is done how will Offenders ever be brought to Justice? An Informer comes, purely for the public Good, to reveal some gross Abuse of the Laws, and hoping he may do some Good, yet unwilling that he should be known to be the Person. Soon after it is blazed abroad that he was the *Informer*, and every Circumstance aggravated to make him odious; will he ever again hazard his Reputation — nay, even his Property? will not this deter many good Men from doing eminent Services to the Public? In Consequence of which many heinous Crimes will go unpunished, many wholesome Laws will be broken with Impunity. (4)

And

---

(4) See John Adams's Diary, under the date of the following December.

And finally, Gentlemen, I would obferve, that though it may give you great Uneafinefs to bring Offenders to Punifhment, yet this, Gentlemen, fhould not prevent the Performance of what is incumbent on you as the Grand Inqueft. 'Tis the Good of the Whole demands it; and that Self-Approbation which always attends a Confcioufnefs of having difcharged our Duty will ever be an ample Recompenfe.

I fhall add no more; but only pray that Infinite Wifdom may direct you, and that the Supreme Fountain of all Goodnefs may affift you in the Profecution.

———◆———

Present :

A full Court.

cember. — " Who has made it his conftant endeavour to difcountenance the odium in which informers are held ?   Who has taken occafion in fine-fpun, fpick and fpan, fpruce, nice, pretty, eafy, warbling declamations to Grand Inquefts, to render the characters of informers honourable and refpectable ? "   2 John Adams's Works, 169.